**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                                             Civil Action No. 3:06-cv-111 HTW-LRA

TRUSTMARK NATIONAL BANK, ET AL.                                          DEFENDANTS

### ORDER OF RECUSAL

This matter is before the court sua sponte.  The undersigned Judge owns stock with Trustmark National Bank, one of the named defendants in the above-styled case, and, therefore, finds that his impartiality might reasonably be questioned.  Therefore, the undersigned hereby disqualifies himself from serving as Judge in this cause.

**SO ORDERED this the 29th day of November, 2006.**

                                          **s/ HENRY T. WINGATE
                                          CHIEF UNITED STATES DISTRICT JUDGE**