IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V | CIVIL ACTION NO. 3:06CV111TSL-JCS |
| ANY AND ALL PROCEEDS IN TRUSTMARK NATIONAL BANK ACCOUNT NUMBER XXX-XXX-5897 | DEFENDANT |

### ORDER DISMISSING CIVIL FORFEITURE CASE

WHEREAS, pursuant to Rule 21 of the Federal Rules of Civil Procedure, the United States Attorney's Office for the Southern District of Mississippi has requested that this Court dismiss this civil action seeking forfeiture of the defendant property more fully described in the Complaint for Forfeiture in Rem filed in this case on February 22, 2006 (Ct. R. Doc. #1);

WHEREAS the defendant property which the government seeks to forfeit in this civil action has already been forfeited to the government in the criminal case styled, *United States v. Anthony Burroughs and Marvin Dawson*, 3:06cr90BS.

WHEREAS there is no further need to continue with this civil forfeiture action; therefore,

IT IS HEREBY ORDERED that this civil action is hereby dismissed without prejudice,

SO ORDERED this 10th day of    April,    2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE